880 A.2d 502

**Keith LUTZ, Petitioner,**

v.

**TANGLWOOD LAKES COMMUNITY ASSOCIATION, INC., Respondent.**

Supreme Court of Pennsylvania.

July 19, 2005.

### ORDER

PER CURIAM.

AND NOW, this 19th day of July, 2005, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether 15 Pa.C.S. § 5726(b) limits the authority to accomplish removal of a director of a nonprofit corporation by its board of directors to cause as delineated by the statute and in the corporation's bylaws?